RECEIVED
IN LAKE CHARLES, LA

JUN 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANTHONY STEVEN WRIGHT** | : | **DOCKET NO. 2:04-cv-2621** |
| **VS.** | : | **JUDGE MINALDI** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Having given notice of this court's intention to dismiss this civil action under ULLR 41.3W for Plaintiff's failure to effect service of process on the defendant within 120 days after filing the complaint, and having received no response to this court's minute entry allowing the plaintiff time to show cause for his failure to comply, this court finds that Plaintiff's action is subject to dismissal under Local Rule 41.3W. Accordingly, it is

ORDERED that this civil action be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE